IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. BRANDON JAMES BELAKOVICH, Defendant. | CR 18–06–BLG–DLC<br><br>ORDER |

**FILED**

MAR 1 5 2018

Clerk, U.S District Court
District Of Montana
Missoula

Upon motion of Defendant, and finding good cause appearing,

IT IS ORDERED that Defendant's Unopposed Motion to File Unopposed Motion to Continue Under Seal (Doc. 16) is GRANTED.

DATED this 15th day of March, 2018.

Dana L. Christensen, Chief District Judge
United States District Court